*WILLIAMSON & AL. vs. SPENCER & WIFE.*

APPEAL from the probate court of the parish of East Feliciana.

MATHEWS J. delivered the opinion of the court. In this case, it appears that the citation on the appeal was served after the return day. On this ground the appellees moved to have the appeal dismissed. The service of the citation was clearly irregular.

It is therefore ordered, &c. that this appeal be dismissed at the cost of the appellants.

*Watts* for plaintiffs, *Preston* for defendants.

If the citation be served, after the return day, the appeal will be dismissed.